IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA

_____

Docket No. 24-7195
_____

US DOMINION, INC., et al.,

                Plaintiffs / Appellees,

v.

DR. PATRICK BYRNE,

                Defendant / Appellant.
_____

STATEMENT OF ISSUES
_____

| | |
|---|---|
| Stefanie Lambert Juntilla (MI 0103) | Dustin Andrew Pusch |
| Attorney for Appellant | Attorney for Appellee |
| 400 Renaissance Drive, Floor 26 | MEIER WATKINS |
| Detroit, MI 48243 | PHILLIPS PUSCH LLP |
| 313-410-6872 | 919 18th Street NW |
| attorneylambert@protonmail.com | Suite 650 |
| | Washington, DC 20006 |
| | 617-543-4459 |
| | dustin.pusch@mwpp.com |
| | |
| | Zachary Savage |
| | Susman Godfrey LLP |
| | One Manhattan West |
| | 50th Floor |
| | New York, NY 10001 |
| | 212-471-8358 |
| | zsavage@susmangodfrey.com |

## STATEMENT OF ISSUES ON APPEAL

A. <u>Rulings Under Review</u>

Petitioner / Appellant Dr. Byrne seeks review of the Order of the District Court entered on December 13, 2024, in which the District Court denied a motion for reconsideration and/or for relief from a prior order dated October 22, 2024, affirming the Magistrate Judge's opinion and order of August 13, 2024, disqualifying Dr. Byrne's counsel of record in the above-captioned case.

The issue on appeal is: Whether the District Court erred in affirming the disqualification of Dr. Byrne's counsel of choice?

Respectfully submitted by,

<u>/s/ Stefanie Lambert</u>
Stefanie Lambert Juntilla (MI 0103)
Attorney for Appellant
400 Renaissance Drive, Floor 26
Detroit, MI 48243
313-410-6872
attorneylambert@protonmail.com

## CERTIFICATE OF SERVICE

I, Stefanie Lambert, certify that on January 21, 2025, a copy of the attached pleadings was served upon all counsel of record via electronic filing with the United States Court of Appeals for the District of Columbia.

    Respectfully submitted by,

    /s/ Stefanie Lambert
    Stefanie Lambert Juntilla (MI 0103)
    Attorney for Appellant
    400 Renaissance Drive, Floor 26
    Detroit, MI 48243
    313-410-6872
    attorneylambert@protonmail.com

Dated: January 21, 2025