# United States Court of Appeals
#### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-7195**  **September Term, 2024**

1:21-cv-02131-CJN-MAU

**Filed On:** March 24, 2025

US Dominion, Inc., et al.,

    Appellees

  v.

Patrick Byrne,

    Appellant

    **BEFORE:** Henderson, Millett, and Walker, Circuit Judges

## O R D E R

Upon consideration of the motion to dismiss, the opposition thereto, the reply, and the motion for leave to file a surreply and the lodged surreply, it is

**ORDERED** that that the motion for leave to file a surreply be denied. See Kiewit Power Constructors Co. v. Sec'y of Labor, 959 F.3d 381, 393 (D.C. Cir. 2020) (observing that surreplies are generally disfavored). It is

**FURTHER ORDERED** that the motion to dismiss be granted, and this appeal be dismissed for lack of appellate jurisdiction. Appellant's interlocutory appeal seeks review of an order disqualifying his counsel in a civil case, but such orders "are not collateral orders subject to appeal as 'final judgments' within the meaning of 28 U.S.C. § 1291." Richardson-Merrell, Inc. v. Koller, 472 U.S. 424, 440 (1985).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**